STATE OF NEW JERSEY v. JOSEPH FLUKER.

June 21, 1978. Petition for certification denied.

MICHAEL AVIS v.
AETNA LIFE AND CASUALTY INSURANCE CO.

June 21, 1978. Petition for certification denied.

BOARD OF EDUCATION OF THE MATAWAN REGIONAL
SCHOOL DISTRICT v. MATAWAN REGIONAL TEACH-
ERS ASSOCIATION.

June 21, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH GRILLO.

June 21, 1978. Petition for certification denied.

LOUIS LOWE v. CITY OF ORANGE.

June 21, 1978. Petition for certification denied.

HELEN BENEDETTI v. MAURICE BENEDETTI.

June 21, 1978. Petition for certification denied.